THE PEOPLE OF THE STATE OF NEW YORK ex rel. BUSINESS DETAIL CORPORATION, Appellant, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.

*Matter of Business Detail Corporation* v. *Prendergast*, 176 App. Div. 911, appeal dismissed.

(Submitted January 7, 1918; decided January 15, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1917, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel audit by defendant of a claim for refund of certain fees paid to the sheriff of the county of New York.

The motion was made upon the ground of failure to file the required undertaking.

*Lamar Hardy, Corporation Counsel,* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.